UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CV422-102 |
| APPROXIMATELY SIXTEEN PIT-BULL-TYPE DOGS SEIZED FROM 4119 3RD STREET AND 4123 3RD STREET, GARDEN CITY GEORGIA 31408, | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

Plaintiff, the United States of America, has moved this Court, pursuant to Federal Rule of Civil Procedure 55, for the entry of a Default Judgment and Final Order of Forfeiture against the following 16 pitbull-type dogs seized from 4119 3rd Street and 4123 3rd Street, Garden City, Georgia:

    i.   USM-678: one tan and white female pit bull-type puppy

    ii.   USM-679: one tan and white female pit bull-type puppy

    iii.   USM-680: one tan and white female pit bull-type puppy

    iv.   USM-681: one tan and white female pit bull-type puppy

    v.   USM-682: one tan and black male pit bull-type puppy

    vi.   USM-683: one tan and white male pit bull-type puppy

    vii.   USM-684: one thin brown male pit bull-type dog

    viii.   USM-685: one thin brown female pit bull-type dog

- 2 -

     ix.    USM-686: one brown and white male pit bull-type dog

     x.    USM-687: one tan male pit bull-type dog

     xi.    USM-689: one brown female pit bull-type dog[1]

     xii.    USM-691: one black with white female pit bull-type dog

     xiii.    USM-692: one tan and white male pit bull-type puppy

     xiv.    USM-693: one white and tan male pit bull-type puppy

     xv.    USM-694: one tan female pit bull-type puppy

     xvi.    USM-695: one black and white female pit bull-type puppy[2]

(Collectively, the "Defendant Dogs").

The Defendant Dogs were seized on or about August 23, 2021, by the U.S. Marshals Service with support of state and local law enforcement. When found, the Defendant Dogs were observed to be in various stages of malnourishment, and with signs of abuse and evidence of the dogs having been used in dog fighting.

Plaintiff has shown that there was reasonable cause to seize the Defendant Dogs; that a Verified Civil Complaint for Forfeiture *in Rem* was filed pursuant to o 7 U.S.C. § 2156(f), as animals involved in a violation of the federal animal fighting venture prohibition codified at 7 U.S.C. § 2156.

Additionally, the Plaintiff has shown that all potential claimants have been served with notice of the seizure and possible forfeiture of the property, either by

---

[1] The U.S. Marshals seized an additional dog, USM-690, who due to severe behavioral and medical issues had to be humanely euthanized.
[2] USM-695 was born to USM-691 while she was in the care of Animal Services.

mail or publication pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

As reflected by the record in this case, all persons and entities having interest in the Defendant Dogs have failed to file a claim or answer or otherwise appear in the action. No person with standing is before the Court with cause to show why judgment by default should not be granted to the United States of America and against the Defendant Dogs. Furthermore, no person with standing is before the Court to object to the United States' Motion for Default Judgment and Final Order of Forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. The United States' Motion for Default Judgment and Final Order of Forfeiture is **GRANTED**;

2. The Defendant Dogs are hereby forfeited to the United States of America, and all right, title, claim and interest to the Defendant Dogs by Dominique Ford, Karen Ford, Edwin Fripp, Alexis Ford, Mercedes Ford, Infinity Ford, Kevin M. Ford, Phillip P. Malone, Erin Melendez, and Zelonia K. Ford, their heirs, successors and assigns, and all other persons and entities are vested in the United States of America;

3. Dominique Ford, Karen Ford, Edwin Fripp, Alexis Ford, Mercedes Ford, Infinity Ford, Kevin M. Ford, Phillip P. Malone, Erin Melendez, and Zelonia K. Ford, their heirs, successors and assigns, and all other persons and entities are forever barred from asserting a claim against the Defendant Dogs;

4. The Clerk is hereby directed to enter judgment pursuant Rule 58 of the Federal Rules of Civil Procedure upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture.

SO ORDERED, this 8th day of Aug., 2022.

_____
HON. WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA